IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Neal, Chastity M | Case Number:  06 B 08143 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  7/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: September 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,726.00 | |
| Secured: | | 8,213.38 |
| Unsecured: | | 1,409.54 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 603.08 |
| Other Funds: | | 0.00 |
| Totals: | 11,726.00 | 11,726.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 1,500.00 | 1,500.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Village of Hazel Crest | Secured | 1,605.00 | 1,605.00 |
| 4. | Chase Home Finance | Secured | 36,611.55 | 6,608.38 |
| 5. | Asset Acceptance | Unsecured | 11.09 | 31.18 |
| 6. | Bnc Captial Recovery | Unsecured | 490.32 | 1,378.36 |
| 7. | First Premier | Unsecured | | No Claim Filed |
| 8. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Alverno Receivable Services | Unsecured | | No Claim Filed |
| 15. | MCI | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 18. | Midwest Audit Service Inc | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Affiliated | Unsecured | | No Claim Filed |
| 22. | RMCB | Unsecured | | No Claim Filed |
| 23. | Prairie State College | Unsecured | | No Claim Filed |
| 24. | Guthy-Renker | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Neal, Chastity M | Case Number:  06 B 08143 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  7/10/06 |

```
                                        _____      _____
                                        $ 40,217.96     $ 11,122.92
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 241.01 |
| 5.4% | 362.07 |
| | _____ |
| | $ 603.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ signature_____